UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-00370-JRG

Name of party requesting extension: Defendant Blockchain.com, Inc.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 01/31/2024

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other _____ days

New Deadline Date: 04/05/2024   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Craig D. Leavell

State Bar No.: ISB No. 6256260

Firm Name: BARNES & THORNBURG LLP

Address: One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606

Phone: 312-214-4868

Fax: 312-759-5646

Email: craig.leavell@btlaw.com

A certificate of conference does not need to be filed with this unopposed application.