IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTERCURRENCY SOFTWARE LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br><br>        *Defendant*. | Case No. 2:23-cv-370 [JRG]<br><br>**Jury Trial Demanded** |

**ORDER GRANTING DEFENDANT BINANCE HOLDINGS LIMITED'S
<u>MOTION TO DISMISS</u>**

  Before the Court is Defendant Binance Holdings Limited's Motion to Dismiss Plaintiff Intercurrency Software LLC's Complaint for failure to state a viable claim pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having read and considered the Motion, finds that it should be, and is hereby, GRANTED.

  IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

1