## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-370-JRG |
| | § | |
| BINANCE HOLDINGS, LTD., | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal (Dkt. No. 89) filed by Plaintiff Intercurrency Software LLC.  In the Notice, Plaintiff dismisses the above-captioned case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS** and **ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.  All pending requests for relief in said case are **DENIED AS MOOT**.  Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 10th day of October, 2025.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE